# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: OWEN SUAREZ              §    Case No. 11-82615
       DAWNA M. SUAREZ          §
                                §
                                §
         Debtors                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/08/2011.

2) The plan was confirmed on 09/30/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/25/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2012, 04/05/2013.

5) The case was converted on 04/04/2013.

6) Number of months from filing or conversion to last payment: 17.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $53,700.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 7,900.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,900.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 614.52 | |
| Court Costs | $ 650.00 | |
| Trustee Expenses & Compensation | $ 412.87 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,677.39 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 614.52 | 0.00 |
| ALLY FINANCIAL | Sec | 6,222.61 | 6,222.61 | 6,222.61 | 6,222.61 | 0.00 |
| ALLY FINANCIAL | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 0.00 | 2,812.92 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Sec | 14,500.00 | 12,503.12 | 12,503.12 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Uns | 33,000.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK | Uns | 623.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY | Uns | 420.00 | NA | NA | 0.00 | 0.00 |
| VANDA, LLC | Uns | 1,471.00 | 1,827.50 | 1,827.50 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 985.00 | 1,001.04 | 1,001.04 | 0.00 | 0.00 |
| CERTIFIED SERVICES | Uns | 1,231.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 244.00 | 379.25 | 379.25 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LP | Uns | 2,823.00 | 2,823.84 | 2,823.84 | 0.00 | 0.00 |
| CITI | Uns | 701.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC | Uns | 8,686.00 | 10,658.55 | 10,658.55 | 0.00 | 0.00 |
| RAZOR CAPITAL II LLC | Uns | 769.00 | 769.24 | 769.24 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 39.00 | 118.00 | 118.00 | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL | Uns | 232.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD/CHARTER | Uns | 382.00 | 674.94 | 674.94 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 427.00 | 427.42 | 427.42 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 10,631.59 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 4,394.14 | 0.00 | 0.00 | 0.00 |
| HEALTH BRIDGE FITNESS CENTER | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 1,000.00 | 460.61 | 460.61 | 0.00 | 0.00 |
| ISAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 105.00 | 267.13 | 267.13 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 167.00 | 231.07 | 231.07 | 0.00 | 0.00 |
| MATCO TOOLS | Uns | 610.00 | 335.17 | 335.17 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN / 22 | Uns | 129.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 176.00 | 265.73 | 265.73 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 384.00 | 430.56 | 430.56 | 0.00 | 0.00 |
| EAST BAY FUNDING | Uns | 983.00 | 983.34 | 983.34 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 6,428.90 | 0.00 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 991.00 | 991.36 | 991.36 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 383.00 | 514.38 | 514.38 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 173.00 | 367.85 | 367.85 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 159.00 | 341.70 | 341.70 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 606.00 | 751.00 | 751.00 | 0.00 | 0.00 |
| AARONS RENTAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Uns | 0.00 | 831.83 | 831.83 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 0.00 | 803.25 | 803.25 | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Uns | 0.00 | 316.99 | 316.99 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 637.07 | 637.07 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 500.61 | 500.61 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 382.25 | 382.25 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 450.94 | 450.94 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 0.00 | 235.94 | 235.94 | 0.00 | 0.00 |
| VANDA, LLC | Uns | 0.00 | 1,279.23 | 1,279.23 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 5,533.37 | 0.00 | 0.00 | 0.00 |
| LINDIA, L.L.C | Uns | 0.00 | 1,112.89 | 1,112.89 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 1,700.47 | 1,700.47 | 0.00 | 0.00 |
| ALLY FINANCIAL | Adm | 0.00 | 650.00 | 650.00 | 650.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GLELSI/GOAL FINANCIAL | Uns | 4,813.00 | NA | NA | 0.00 | 0.00 |
| IDES | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| GRANITE RECOVERY LLC | Uns | 0.00 | 756.66 | 756.66 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 0.00 | 1,267.72 | 1,267.72 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Uns | 0.00 | 657.55 | 657.55 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 12,503.12 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,222.61 | $ 6,222.61 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 18,725.73 | $ 6,222.61 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 35,553.08 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,677.39 |
| Disbursements to Creditors | $ 6,222.61 |
| **TOTAL DISBURSEMENTS:** | $ 7,900.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 04/24/2013          By: /s/ Lydia S. Meyer
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)